Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−14510−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jacqueline McFadden
   7 Hartman Drive
   Hamilton, NJ 08690

Social Security No.:
   xxx−xx−1212

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/18/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 18, 2024
JAN: km

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                 Case No. 24-14510-MBK

Jacqueline McFadden                                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                                           User: admin                                                      Page 1 of 2

Date Rcvd: Jun 18, 2024                                     Form ID: 148                                      Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol    Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#            Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jacqueline McFadden, 7 Hartman Drive, Hamilton, NJ 08690-2011 |
| aty | + | David L Chapman, 266 State Route 34, Matawan, NJ 07747-7110 |
| 520244296 | + | State of New Jersey, POB 666, Trenton, NJ 08646-0666 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 18 2024 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 18 2024 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520244298 | | EDI: CAPITALONE.COM | Jun 19 2024 00:24:00 | Capital One, POB 71083, Charlotte, NC 28272-1083 |
| 520290876 | + | EDI: AIS.COM | Jun 19 2024 00:24:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520244295 | | EDI: IRS.COM | Jun 19 2024 00:24:00 | IRS, Cincinatti, OH 45999 |
| 520244294 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 18 2024 20:35:00 | PNC Bank NA, c/o PennyMac Loan Services LLC, 3232 Newmark Dr, Miamisburg, OH 45342 |
| 520291448 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 18 2024 20:35:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jun 18, 2024 | Form ID: 148 | Total Noticed: 10

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3